```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD A. PICKLES
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2766
    Facsimile: (916) 554-2900
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 2:12-CR-00049 KJM
                                 )
12         Plaintiff,            )  Request For Unsealing of
                                 )  Indictment and [Proposed] Order
13     v.                        )
                                 )
14  DUSTIN WILSON,               )
    MICHELLE TROUNG, and         )
15  BRANDON ROBERTS,             )
                                 )
16         Defendants.           )
                                 )
17
18
19
    TO THE HONORABLE KENDALL J. NEMWAN, UNITED STATES MAGISTRATE JUDGE:
20
         COMES NOW Todd A. Pickles, Assistant United States Attorney for
21
    the Eastern District of California, to petition this Court and
22
    respectfully represent:
23
         1.  On Thursday, February 9, 2012, the Honorable Kendall J.
24
25  Newman issued an order sealing the Indictment in the above-
26  referenced case until the arrest of the defendants or further order
27  of the Court.
28
```




FILED

FEB 2 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1

2. The undersigned is informed and believes that defendants Dustin Wilson and Michelle Troung have been notified of the indictment by way of a summons that was prematurely served on defendant Troung, during which time a copy of the sealed indictment was left with Troung. Further, defendant Brandon Roberts is in custody on unrelated charges and is expected to be taken into federal custody soon.

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated: February 24, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
U.S. ATTORNEY

By: /s/ Todd A. Pickles
TODD A. PICKLES
Assistant U.S. Attorney

The Court hereby orders that the Indictment in Case No. 2:12-CR-00049 KJM, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED: February 24, 2012

HON. KENDALL J. NEWMAN
United States Magistrate Judge

2