# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.                                )    CR NO: 2:12-cr-00049 KJM

BRANDON ROBERTS, *et al.*

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **BRANDON NIGEL ROBERTS**

Detained at (custodian): **Clayton County Jail**

Detainee is:    a.)    ☐ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
    Charging Detainee With: **Conspiracy to Manufacture and Distribute Marijuana and to Distribute Cocaine; Conspiracy to Commit Money Laundering**

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings
or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

Signature: */s/ Todd A. Pickles*
Printed Name & Phone No: **Todd A. Pickles, AUSA/916-554-2766**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 8, 2012
Date                                          United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | LE # 1341410 | DOB: | 3/25/1976 |
| Facility Address: | Clayton County Jail | Race: | Black |
| | 9157 Tara Blvd., Jonesboro, GA 30236 | FBI #: | 262561HC6 |
| Facility Phone: | 770-477-4413 | GA# | GA3551378X |
| Currently Incarcerated For: | 1. Possession of Firearm by Felon<br>2. Theft by Receiving Stolen Property | | |

---
**RETURN OF SERVICE**

Executed on _____ by _____      _____
                                                                                         (Signature)