UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR.NO: 2:12-cr-00049 KJN |
| v. | ) |
| | ) |
| BRANDON ROBERTS, | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                 ( ) Ad Testificandum

Name of Detainee:     BRANDON ROBERTS
Detained at (custodian):     GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON

Detainee is:     a.)     (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
                  charging detainee with: **Conspiracy to Manufacture and Distribute Marijuana and to Distribute Cocaine; Conspiracy to Commit Money Laundering**
    or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     ( ) return to the custody of detaining facility upon termination of proceedings
    or     b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ TODD A. PICKLES |
| Printed Name & Phone No: | Todd A. Pickles (916) 554-2766 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                 ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: September 21, 2012

                                                          /s/ Kendall J. Newman
                                                          United States District/Magistrate Judge

___

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Gender: | Male |
| Booking or CDC #: | GDCA # 0001281837 | DOB: | 03/25/1976 |
| Facility Address: | Hwy 36 West, Post Office Box 3877 | Race: | Black |
| | Jackson, GA 30233 | FBI #: | 262561HC6 |
| Facility Phone: | (770) 504-2000 | | |
| Currently Incarcerated For: | 1. Possession of a Firearm Felony; | | |
| | 2. Theft by Receiving Stolen Propery | | |

___

### RETURN OF SERVICE

Executed on    _____     By: _____
                                                                                                (Signature)