BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
SEP 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00049 KJM |
| Plaintiff, | [PROPOSED] ORDER TO SEAL DOCUMENTS |
| v. | |
| DUSTIN WILSON, et al., | |
| Defendants. | |

This matter came before the Court on the United States of America's request to seal documents. For the reasons stated in the request, the United States's request is GRANTED. Accordingly, IT IS HEREBY ORDERED THAT the two-page letter subject to the request is to be filed under seal, and shall remain under seal until further order of the Court.

IT IS SO ORDERED.

DATED: 9/26/12

Honorable Kimberly J. Mueller
UNITED STATES DISTRICT JUDGE

[Proposed] Order re: Request to Seal     1