| | |
|---|---|
| 1 | SCOTT N. CAMERON (SBN 226605) |
| | Attorney at Law |
| 2 | 1007 7th Street, Suite 319 |
| | Sacramento, CA 95814 |
| 3 | Ph. 916-442-5230 |
| 4 | |
| | Attorney for: |
| 5 | MICHELLE TRUONG |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00049 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DUSTIN WILSON, MICHELLE TRUONG, and BRANDON ROBERTS, | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Dustin Wilson, Michelle Truong, and Brandon Roberts, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on October 3, 2013, at 9:30 a.m.

2. By this stipulation, defendants now move to continue the status conference until December 19, 2013, at 9:30 a.m., for a status conference, and to exclude time between October 3, 2013, and December 19, 2013, under Local Code T4. Plaintiff does not oppose this request.

1

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has produced approximately 1,400 pages of discovery.

b. The government has recently advised defendants Truong and Wilson that additional federal charges against them may be filed in the District of Hawaii. Discovery related to these additional charges has not yet been discovered to the defense as the discovery is not yet available. The parties desire to review this new discovery and attempt to work out a "global settlement" of all charges.

c. Respective counsel for each defendant desires additional time to review all related discovery, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

d. Counsel for each defendant believes that failure to grant the above-requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 3, 2013, to December 19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| DATED: | September 30, 2013 | /s/Todd Pickles<br>TODD PICKLES<br>Assistant United States Attorney |
|---|---|---|
| DATED: | September 30, 2013 | /s/Scott Cameron<br>SCOTT CAMERON<br>Attorney for Michelle Truong |
| DATED: | September 30, 2013 | /s/Patrick Swillinger<br>PATRICK SWILLINGER<br>Attorney for Dustin Wilson |
| DATED: | September 30, 2013 | /s/Michael Hansen<br>MICHAEL HANSEN<br>Attorney for Brandon Roberts |

**O R D E R**

IT IS SO FOUND AND ORDERED this 1st day of October, 2013.

Troy L. Nunley
United States District Judge

3